IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE WYLIE,<br><br>Defendant. | CR 22–30–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 12.) Defendant Christopher Lee Wylie has been adjudged guilty of prohibited person in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3) as charged in Count I of the Information. (Doc. 14.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 12) is GRANTED.

IT IS FURTHER ORDERED that Wylie's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Heckler & Koch VP9 9x19mm handgun, SN 224-265751;
- Ruger 10/22 Tactical .22 Cal. Rifle, SN 248-09817;
- Mossberg model 535 12-gauge shotgun, SN AT225865;
- Derya Arms VB80 12-gauge shotgun, SN R148969;

1

- Ruger Mini 14 .22 Cal. rifle, SN 184-24394;

- Benelli Super Nova 12-gauge shotgun, SN Z526320;

- High Standard MFG High Sierra .22 Cal. revolver, SN M089825;

- Glock 20 Gen 4 10mm handgun, SN BLNP906;

- Glock G35 .40 Cal. handgun, SN VTS337;

- Glock 21 Gen 4 .45 Cal. handgun, SN BFWU026;

- SCCY CPX-2 9mm handgun, SN 225254;

- Smith and Wesson Air Lite PD .357 revolver, SN DSW8676;

- SCCY CPX-2 9mm handgun, SN 843222;

- Sig Sauer M400 5.56x45mm rifle, SN 20L107586;

- Smith and Wesson M&P-15 .22 Cal. rifle, SN TT50335;

- CMMG MK-4 3GR .22 Cal. rifle, SN 004240;

- Taurus .38 Special handgun, SN KR42088;

- Polymer handgun lower; and

- various magazines and ammunition

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described

property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 13th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court