IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–30–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER LEE WYLIE, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 17.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on October 13, 2022. (Doc. 15.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 16.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 17) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Heckler & Koch VP9 9x19mm handgun, SN 224-265751;
- Ruger 10/22 Tactical .22 Cal. rifle, SN 248-09817;
- Mossberg model 535 12-gauge shotgun, SN AT225865;
- Derya Arms VB80 12-gauge shotgun, SN R148969;
- Ruger Mini 14 .22 Cal. rifle, SN 184-24394;
- Benelli Super Nova 12-gauge shotgun, SN Z526320;
- High Standard MFG High Sierra .22 Cal. revolver, SN M089825;
- Glock 20 Gen 4 10mm handgun, SN BLNP906;
- Glock G35 .40 Cal. handgun, SN VTS337;
- Glock 21 Gen 4 .45 Cal. handgun, SN BFWU026;
- SCCY CPX-2 9mm handgun, SN 225254;
- Smith and Wesson Air Lite PD .357 revolver, SN DSW8676;
- SCCY CPX-2 9mm handgun, SN 843222;
- Sig Sauer M400 5.56x45mm rifle, SN 20L107586;
- Smith and Wesson M&P-15 .22 Cal. rifle, SN TT50335;
- CMMG MK-4 3GR .22 Cal. rifle, SN 004240;
- Taurus .38 Special handgun, SN KR42088;
- Polymer handgun lower; and
- various magazines and ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court