IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE WYLIE,<br><br>Defendant. | CR 22-7-BU-DLC<br>CR 22-30-BU DLC<br><br>ORDER |

IT IS ORDERED that the summons issued on August 27, 2026 in the above-captioned cases is QUASHED. The final hearing on revocation of Defendant's supervised release remains set for September 3, 2026, at 3:00 p.m. in front of presiding United States District Judge Christensen.

DATED this 27th day of August, 2026.

Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge