IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE WYLIE,<br><br>Defendant. | CR 22–07–M–DLC<br>CR 22–30–M–DLC<br><br>ORDER |

The Defendant Christopher Lee Wylie appeared before the Court on September 3, 2026.

Accordingly, IT IS ORDERED that the final revocation hearing in this matter is continued to a date to be reset by future order.

IT IS FURTHER ORDERED that the Defendant shall be released into the community pending the final revocation hearing. Defendant remains subject to the conditions of release as set forth in the February 2, 2026, Judgment. (Case No. 22-07, Doc. 144; Case No. 22-30, Doc. 43.)

IT IS FURTHER ORDERED that the United States shall promptly file a notice of availability for their witnesses. The witnesses may appear by Zoom.

DATED this 3rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court